**NOT FOR PUBLICATION**

FILED



JUL 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    15-30203 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00049-RSL-1 |
| v. | |
| VINCENCIO PALMA-SALAZAR, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted July 21, 2016**

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Vincencio Palma-Salazar appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for conspiracy to

distribute cocaine, heroin, and methamphetamine, in violation of 21 U.S.C. §§

841(a)(1), 841(b)(1)(A), and 846.  Pursuant to *Anders v. California*, 386 U.S. 738

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Palma-Salazar's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Palma-Salazar has waived his right to appeal both the conviction and the sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

We decline to review Palma-Salazar's ineffective assistance of counsel claims on direct appeal. S*ee United States v. Rahman*, 642 F.3d 1257, 1260 (9th Cir. 2011). We leave open the possibility that he might raise an ineffective assistance of counsel claim in collateral proceedings. *See id*.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.